**Dismissed and Memorandum Opinion filed April 14, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00225-CR

## CHRISTOPHER ALAN BROWN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 14CR1309**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order modifying the conditions of community supervision. No appeal may be taken from such an order. *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006); and *Christopher v. State,* 7 S.W.3d 224, 225 (Tex.App.—Houston [1st Dist.] 1999, pet ref'd). Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Boyce, Christopher and Jamison.
Do Not Publish – Tex. R. App. P. 47.2(b).